UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA HAMMACK, Guardian Ad, Litem on Behalf of WILLIAM HAMMACK, <br><br>Plaintiff, <br><br>vs. <br><br>CONTINENTAL CASUALTY COMPANY, <br><br>Defendants. | Case No. 3:12-cv-05464-EMC <br><br> PR~~OP~~OSED ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE |

### PR~~OPOSED~~ ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE

The Court, having reviewed the request of Defendant Continental Casualty Company for one of its attorneys to appear by telephone for the Case Management Conference, set for Thursday, January 31, 2013, at 9:00 a.m. in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, and finding good cause exists for the request, hereby grants the request.

Brent R. Austin shall be permitted to appear at the Case Management Conference by telephone a~~nd shall call _____ to participate.~~ Court will call Mr. Austin between 9:00 and 10:00 a.m. Pacific Standard Time.

**IT IS SO ORDERED.**

**DATED:** ____1/25_____. 2013

By: _____
Judge Edward M. Chen

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*