Rebecca Grey (State Bar No. 194940)
THE GREY LAW FIRM, P.C.
235 Montgomery Street, Suite 1101
San Francisco, California 94104
Telephone: (415) 262-9926
Facsimile: (415) 262-9981
E-mail: grey@greylaw-sf.com

Attorney for Plaintiff
William Hammack

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA HAMMACK, as Guardian ad Litem on Behalf of WILLIAM HAMMACK,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:12-cv-05464-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** ; ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Stipulation of Dismissal With Prejudice is entered into by and between Plaintiff and Counterclaim Defendant Loretta Hammack, as guardian ad litem on behalf of William Hammack, and defendant and Counterclaim Plaintiff Continental Casualty Company.

WHEREAS, on October 23, 2012 Plaintiff Loretta Hammack, as guardian ad litem on behalf of William Hammack, filed the Complaint initiating this action and asserting various claims against Defendant Continental Casualty Company, including: 1) breach of the covenant of good faith and fair dealing; and 2) breach of contract.

WHEREAS, on November 26, 2012 Defendant and Counterclaim Plaintiff Continental Casualty Company filed an Answer and Counterclaim asserting a claim for declaratory judgment against Counterclaim Defendant Loretta Hammack, as guardian ad litem on behalf of William Hammack.

NOW THEREFORE, the parties respectfully request that all claims in the Complaint and Answer With Counterclaim for Declaratory Judgment between Loretta Hammack, as guardian ad litem on behalf of William Hammack, and Continental Casualty Company be DISMISSED WITH PREJUDICE. Each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED AND AGREED.

Dated: June 21, 2013          THE GREY LAW FIRM PC

By: /s/ Rebecca Grey
Rebecca Grey
Attorney for Plaintiff
LORETTA HAMMACK, as Guardian ad litem on behalf of William Hammack

Dated: June 21, 2013          EDWARDS WILDMAN PALMER LLP

By: /s/ Brent R. Austin
Brent R. Austin
Attorney for Defendant
CONTINENTAL CASUALTY COMPANY

IT IS SO ORDERED:

_____
EDWARD M. CHEN
U.S. DISTRICT JUDGE



---

STIPULATION OF DISMISSAL WITH PREJUDICE      -2-      Case No. 3:12-cv-05464-EMC