1  Rebecca Grey  (State Bar No. 194940)
   THE GREY LAW FIRM, P.C.
2  235 Montgomery Street, Suite 1101
   San Francisco, California  94104
3  Telephone: (415) 262-9926
   Facsimile: (415) 262-9981
4  E-mail:  grey@greylaw-sf.com
5
6  Attorney for Plaintiff
   William Hammack
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11  LORETTA HAMMACK, as Guardian ad Litem on      )   Case No. 3:12-cv-05464-EMC
    Behalf of WILLIAM HAMMACK,                    )
12                                                )   **STIPULATION OF DISMISSAL WITH
                   Plaintiff,                     )   PREJUDICE** ; ORDER
13                                                )
           vs.                                    )
14                                                )
    CONTINENTAL CASUALTY COMPANY,                 )
15                                                )
                   Defendants.                    )
16  _____  )
    AND RELATED COUNTERCLAIM                      )
17  _____  )
18
19        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Stipulation of Dismissal With Prejudice is
20  entered into by and between Plaintiff and Counterclaim Defendant Loretta Hammack, as guardian ad litem on behalf
21  of William Hammack, and defendant and Counterclaim Plaintiff Continental Casualty Company.
22        WHEREAS, on October 23, 2012 Plaintiff Loretta Hammack, as guardian ad litem on behalf of William
23  Hammack, filed the Complaint initiating this action and asserting various claims against Defendant Continental
24  Casualty Company, including: 1) breach of the covenant of good faith and fair dealing; and 2) breach of contract.
25        WHEREAS, on November 26, 2012 Defendant and Counterclaim Plaintiff Continental Casualty
26  Company filed an Answer and Counterclaim asserting a claim for declaratory judgment against Counterclaim
27  Defendant Loretta Hammack, as guardian ad litem on behalf of William Hammack.
28

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE                              Case No. 3:12-cv-05464-
                                                                    EMC

1    NOW THEREFORE, the parties respectfully request that all claims in the Complaint and Answer With

2  Counterclaim for Declaratory Judgment between Loretta Hammack, as guardian ad litem on behalf of William

3  Hammack, and Continental Casualty Company be DISMISSED WITH PREJUDICE.  Each party to bear its own

4  costs and attorneys' fees.

5        IT IS SO STIPULATED AND AGREED.

6

7

8

9  Dated: June 21, 2013                    THE GREY LAW FIRM PC

10

11                              By:   /s/ Rebecca Grey
                                   Rebecca Grey
12                                 Attorney for Plaintiff
                                   LORETTA HAMMACK, as Guardian ad litem on behalf
13                                 of William Hammack

14  Dated: June 21, 2013                    EDWARDS WILDMAN PALMER LLP

15

16                              By:   /s/ Brent R. Austin
                                   Brent R. Austin
17                                 Attorney for Defendant
                                   CONTINENTAL CASUALTY COMPANY
18

19

20

21  IT IS SO ORDERED

22

23
    _____
    EDWARD M. CHEN
24  U.S. DISTRICT JUDGE



25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No. 3:12-cv-05464-
                                                           EMC